IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SALVADOR SANTIAGO, EFRAIN SALDIVAR,
and ENRIQUE MORALES,
on behalf of themselves, FLSA Collective Plaintiffs,
and the Class,

          Plaintiffs,

v.

THE TEQUILA GASTROPUB LLC d/b/a THE DAISY, FOUR GREEN FIELDS LLC d/b/a AGAVE, FIVE GREEN FIELDS LLC d/b/a MOJAVE, JAMES O'HANLON, SUSAN O'HANLON, and JAMES MCCARTIN,

          Defendants.

Case No.: 1:16-cv-7499

## [PROPOSED] ORDER

WHEREAS, on April 7, 2020, Plaintiffs SALVADOR SANTIAGO, EFRAIN SALDIVAR, and ENRIQUE MORALES ("Plaintiffs") moved to enforce the Settlement Agreement and Release ("Settlement Agreement") in this action (the "Motion");

WHEREAS, the Court has considered all arguments made in support of the Motion and in opposition;

WHEREAS, the Court finds that Defendants FOUR GREEN FIELDS LLC d/b/a AGAVE, FIVE GREEN FIELDS LLC d/b/a MOJAVE, and JAMES MCCARTIN ("McCartin Defendants") have breached the Settlement Agreement and have failed to cure within the required time period;

It is hereby ORDERED that:

1.    Judgment shall be entered against McCartin Defendants;

2. McCartin Defendants shall pay Plaintiffs the amount of $1,747.44, pursuant to the Settlement Agreement, within five (5) calendar days of the entry of this Order;

3. McCartin Defendants shall pay Plaintiffs' counsel ~~$737.50~~ $427.50 in attorneys' fees incurred in connection with the enforcement of the Settlement Agreement within five (5) calendar days of the entry of this Order;

4. The Clerk of the Court shall enter the attached judgment on the Court's docket; and

5. Pursuant to New York Labor Law Section 198(4), if any amounts remain unpaid upon the expiration of ninety (90) days following issuance of judgment, the total amount of the judgment shall automatically increase by fifteen (15%) percent.

It is so ORDERED this  30  day of     April    , 2020.

_____
The Honorable Jesse M. Furman
United States District Judge

2

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Salvador Santiago et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:16-cv-7499 |
| The Tequila Gastropub LLC et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Salvadore Santiago et al recover from the defendant *(name)* The Tequila Gastropub LLC et al the amount of One thousand seven hundred forty-seven and forty-four cents dollars ($ 1,747.44 ), which includes prejudgment interest at the rate of 9.00 %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Jesse M. Furman on a motion for judgment pursuant to settlement agreement.

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*