# LEE LITIGATION GROUP, PLLC
148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-661-1008
anne@leelitigation.com

April 30, 2020

**Via ECF**
The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Santiago v. The Tequila Gastropub LLC et al*
Case No. 16-cv-7499

Dear Judge Furman:

We are counsel to Plaintiffs in the above-captioned matter. As per the Court's Order dated April 22, 2020 (Docket No. 70), Defendants were required to file any opposition to Plaintiffs' Motion to Enforce the Settlement Agreement by April 29, 2020. As required, Plaintiffs filed proof of service of the Order on Defendants on April 24, 2020 (Docket No. 71). Because Defendants have failed to file an opposition, we write to respectfully request that the Court grant Plaintiffs' Motion as unopposed.

We thank Your Honor for considering this matter.

Respectfully,

*/s/ Anne Seelig*
Anne Seelig, Esq.

Plaintiffs' motion to enforce the settlement agreement approved by the Court on January 25, 2018, is GRANTED as unopposed and for substantially the reasons stated in Plaintiffs' Memorandum of Law, ECF No. 69. *See Sugar v. Greenburgh Eleven Union Free Sch. Dist.*, No. 18-CV-67 (VB), 2020 WL 2036853, at *2 (S.D.N.Y. Apr. 28, 2020) ("[D]istrict courts are empowered to enforce such settlement agreements summarily." (internal quotation marks omitted)).

Plaintiffs' counsel's request for attorney's fees at an hourly rate of $550 for Ms. Seelig and $125 for her paralegal, Ms. Driver, is DENIED. Courts in this District have repeatedly found such rates unreasonably high. *See, e.g., Galindo v. East Cty. Louth Inc.*, No. 16-CV-9149 (KPF), 2017 WL 5195237, at *5 (S.D.N.Y. Nov. 9, 2017) (finding an hourly rate of $325 reasonable for Ms. Seelig's work in a "straightforward FLSA/NYLL action"); *Abreu v. Congregation Yetev Lev D'Satmar Meats & Poultry, Inc.*, No. 17-CV-272 (KAM) (LB), 2019 WL 2526087, at *5 (E.D.N.Y. June 16, 2019) (finding an hourly rate of $300 reasonable for Ms. Seelig and $85 reasonable for a paralegal). Accordingly, the Court awards attorney's fees at an hourly rate of $300 for Ms. Seelig and $85 for Ms. Driver, for a total of $427.50.

The Clerk of Court is directed to terminate ECF No. 67. SO ORDERED.

April 30, 2020