AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Salvador Santiago et al
*Plaintiff*
v.
The Tequila Gastropub LLC et al
*Defendant*

Civil Action No. 1:16-cv-7499   (JMF)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Salvadore Santiago et al recover from the defendant *(name)* The Tequila Gastropub LLC et al the amount of One thousand seven hundred forty-seven and forty-four cents dollars ($ 1,747.44 ), which includes prejudgment interest at the rate of 9.00 %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: _____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Jesse M. Furman on a motion for judgment pursuant to settlement agreement.

Date: April 30, 2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*